■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER J. MEHMEL, Appellant. [797 NYS2d 349]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted *(see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Cattaraugus County Court, Larry M. Himelein, J.—Robbery, Second Degree). Present—Pigott, Jr., P.J., Green, Scudder, Martoche and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON D. YOUNG, Appellant. [797 NYS2d 349]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted *(see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Russell P. Buscaglia, A.J.—Attempted Robbery, Third Degree). Present—Pigott, Jr., P.J., Green, Scudder, Martoche and Lawton, JJ.